```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CIVIL DOCKET ENTRIES FOR CASE A97-0190--CV (JWS)
                 "WARDS COVE PACKING CO V F/V HAZEL RENEE ET AL"

              Including terminated parties, excluding terminated counsel


    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
      Referral Rule:  4/5 adm 4
              Filed:  05/22/97
             Closed:  03/06/98

       Jurisdiction:  (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

      Nature of Suit:  (120) Marine
                       28:1333 FRCP 9(H)
             Origin:  (1) Original Proceeding
             Demand:  58
         Filing fee:  Paid $150.00 on 05/22/97 receipt # 00101429
           Trial by:


Parties of Record:                            Counsel of Record:

PLF 1.1         WARDS COVE PACKING CO             Krista S. Stearns
                                                  Boyd Chandler et al
                                                  825 W. 8th Avenue, Suite 200
                                                  Anchorage, AK 99501
                                                  907-272-8401

DEF 1.1         HAZEL RENEE, F/V                  No counsel found for this party!

DEF 2.1         GAMECHUK, CARL N.                 No counsel found for this party!
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A97-0190--CV (JWS)
                       "WARDS COVE PACKING CO V F/V HAZEL RENEE ET AL"

                                    For all filing dates
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
    Referral Rule:  4/5 adm 4
            Filed:  05/22/97
           Closed:  03/06/98

     Jurisdiction:  (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit:  (120) Marine
                    28:1333 FRCP 9(H)
           Origin:  (1) Original Proceeding
           Demand:  58
       Filing fee:  Paid $150.00 on 05/22/97 receipt # 00101429
         Trial by:
```

```
Document #   Filed      Docket text
----------   --------   -----------
    1 -  1   05/23/97   Complaint filed w/att exh; Summons issued.

    2 -  1   05/23/97   JWS Minute Order referring this action to MJ Roberts per MJ 4/5 Adm 4.
                        cc: cnsl MJ Roberts

    3 -  1   05/23/97   PLF 1 motion (ex parte) [application] for order directing clerk to issue
                        warrant of arrest .

    4 -  1   05/23/97   PLF 1 motion (ex parte) for order appointing substitute custodian w/att
                        aff and exh.

    4 -  2   05/23/97   PLF 1 motion (ex parte) for leave to move the vessel with att aff and
                        exh.

    5 -  1   05/23/97   PLF 1 motion for expedited consideration re: appointing substitute
                        custodian, moving vessel, arrest of vessel with att aff.

 NOTE -  1   05/27/97   Issued: warrant of arrest

    6 -  1   05/27/97   JDR Order granting motion for expedited consideration re: appointing
                        substitute custodian, moving (5-1)cc: cnsl

    7 -  1   05/27/97   JDR Order granting motion [application] for order directing clerk to
                        issue warrant of arrest (3-1) cc: cnsl USM

    8 -  1   05/27/97   JDR Order granting motion for order appointing substitute custodian
                        (4-1), motion for leave to move the vessel (4-2). cc: cnsl USM

    9 -  1   06/02/97   PLF 1 Affidavit [ORIGINAL] re: PLF 1 motion (ex parte) for order
                        appointing substitute custodian w/att aff and exh. (4-1)

   10 -  1   06/13/97   USM Return of service re; order appt sub custodian 6/2/97.

   11 -  1   06/13/97   USM Return of warrant of arrest 6/2/97.

   12 -  1   06/13/97   Return of Service Executed as to D-2 on 6/2/97.
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A97-0190--CV (JWS)
                          "WARDS COVE PACKING CO V F/V HAZEL RENEE ET AL"

                                        For all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 13 | 1 | 06/17/97 | PLF 1 Affidavit of service re: notice of arrest of vessel. |
| 14 | 1 | 07/02/97 | JDR Minute Order re case not at issue. Answer due w/in 20 days. cc: cnsl. |
| 15 | 1 | 07/02/97 | PLF 1 Application for entry of default as to vessel, deft Gamechuk and all potential claimants w/att exhs. |
| 16 | 1 | 07/02/97 | PLF 1 motion for default judgment in rem w/att memo & exhs. |
| 16 | 2 | 07/02/97 | PLF 1 motion for order of sale of the vessel w/att memo & exhs. |
| 17 | 1 | 07/03/97 | Clerk's Notice re entry of default as to vessel, Gamechuck and all other parties or potential claimants not having appeared. cc:cnsl, Gamechuk |
| 18 | 1 | 07/10/97 | PLF 1 Affidavit (Notice of Filing Original) of S. Rice. |
| 19 | 1 | 07/16/97 | USM Return of proof of publication of notice of sale; 6-22-97. |
| 20 | 1 | 07/18/97 | JWS Default Judgment granting motion for default judgment in rem (16-1) in the amount of $68,021.20. cc cnsl, MJ Roberts, O&J 10149. |
| 21 | 1 | 07/18/97 | JDR Order granting motion for order of sale of the vessel (16-2). cc cnsl, USM, Finance |
| 22 | 1 | 07/31/97 | USM Return of Service Executed 7/29/97 re sale of vessel. |
| 23 | 1 | 08/11/97 | USM Return of notice of sale published in Daily News 7/23-28/97. |
| 24 | 1 | 08/11/97 | PLF 1 motion to confirm sale with att exhs. |
| 25 | 1 | 08/12/97 | JKS Order granting motion to confirm sale (24-1). cc: cnsl, MJ Roberts, USM. |
| 26 | 1 | 09/09/97 | USM Return of release of vessel 8/12/97. |
| 27 | 1 | 09/16/97 | USM Return of Service Executed 09/12/97 re bill of sale re F/V HAZEL RENEE; offset bid of $11,000. |
| 28 | 1 | 10/02/97 | PLF 1 Notice of filing facsimile affidavit with att exh. |
| 29 | 1 | 10/06/97 | PLF 1 motion for default/final deficiency judgment against Def Carl Gamechuk |
| 30 | 1 | 02/19/98 | Initial R&R re: PLF 1 motion for default/final deficiency judgment against Def Carl Gamechuk (29-1). Objections due 02/27/98. MJ recommends that pltf is entitled to default judgment in the sums of :$70,540.32 less than the amount of $11,000.00 received at auction; administrative costs paid to the USM in the amount of $4,264.25, plus costs as assessed by the clerk & interest & attorney fees as determined by the crt in its entry of final judgment. cc: cnsl, Judge Sedwick |
| 31 | 1 | 03/06/98 | JWS Final Judgment granting motion for default/final deficiency judgment against Def Carl Gamechuk (29-1) in the prinicipal amount of $59,540.32.. cc: cnsl, MJ Roberts, O&J 10323, redistributed with costs 3/26/98 |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A97-0190--CV (JWS)
                         "WARDS COVE PACKING CO V F/V HAZEL RENEE ET AL"

                                        For all filing dates


 Document #    Filed      Docket text

    32 -  1   03/12/98   PLF 1 motion for costs and attorney's fees w/att exhs.

    33 -  1   03/26/98   Clerk's Notice Taxation of plf's cost bill; total costs taxed for plf
                         and against def in the amount of $330.00. cc: cnsl

    34 -  1   03/31/98   PLF 1 motion [request] for court review of cost award.

    35 -  1   04/01/98   JWS Minute Order referring motion at dkt #34 re: cost award to MJ
                         Roberts. cc: cnsl, MJ Roberts

    36 -  1   04/06/98   JWS Minute Order withdrawing reference to MJ of mot for review of costs;
                         denying motion [request] for court review of cost award (34-1); granting
                         motion for attorney's fees (32-1) in the amount of $7,482. cc: cnsl, MJ
                         Roberts, I. Romack

  NOTE -  2   05/14/98   Issued: writ of execution.

    37 -  1   05/14/98   PLF 1 Application re: Writ of Execution as to C. Gamechuk re: jmt of
                         $71,616.57.

    38 -  1   01/04/00   Return of service by North Country Process, Inc on writ of execution re:
                         DEF  2 on 04/01/99.

    39 -  1   01/21/00   Return of execution by North Country Process, Inc on  DEF 2 in the amt
                         of $406.11 [00111051].

    40 -  1   01/27/00   PLF 1 Attorney Substitution of K. Stearns (HICKS) for J. Moeller. cc:
                         cnsl

    41 -  1   01/27/00   PLF 1 Attorney Appearance of K. Stearns (HICKS).

    42 -  1   01/25/01   Return of service on writ of execution re: DEF 2 on PFD unsatisfied.

    43 -  1   10/25/01   Return of svc on writ of execution re: DEF 2 in the amt of $539.49
                         (receipt # 00115974).

    44 -  1   06/12/02   PLF 1 motion for release of funds held in court registry re: DEF 2 w/att
                         exhs.

    45 -  1   06/14/02   JKS Order granting motion for release of funds held in court registry
                         (44-1). cc: cnsl, Finance

    46 -  1   12/24/02   PLF 1 Partial Return of Service of Notice of Levy and Writ of Execution
                         on DEF 2; Executed 4/2/02.

    47 -  1   09/09/03   PLF 1 motion for release of funds held in court registry w/att exh.

    48 -  1   09/11/03   PLF 1 motion for release of funds held in court registry ($194.98) w/att
                         exh.

    49 -  1   09/12/03   PLF 1 Affidavit of svc re: PLF 1 motion for release of funds held in
                         court registry (47-1).

    50 -  1   09/12/03   PLF 1 Affidavit of mailing re: PLF 1 mot for release of funds held in
                         court registry ($194.98) (48-1)
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A97-0190--CV (JWS)
                       "WARDS COVE PACKING CO V F/V HAZEL RENEE ET AL"

                                    For all filing dates


 Document #   Filed       Docket text

    51 -   1  10/10/03    JWS Order granting motion for release of funds held in court registry
                          (47-1) re: $117.06. cc: cnsl, Finance

    52 -   1  10/10/03    JWS Order granting mot for release of funds held in crt registry
                          ($194.98) (48-1). cc: cnsl, Finance

    53 -   1  11/01/05    Return of svc on writ of execution & levy re: DEF 2  on 11/1/05 from
                          Alaska USA Federal Credit Union in the amount of $2,595.15.

    54 -   1  11/28/05    PLF 1 Return of Service of writ of execution on DEF 2; Executed
                          11/22/05.
```