Krista S. Stearns (Ak. Bar No. 9406048)
BOYD, CHANDLER & FALCONER, LLP
825 West Eighth Avenue, Suite 200
Anchorage, Alaska 99501
(907) 272-8401

Attorneys for Wards Cove Packing Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WARDS COVE PACKING COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>F/V HAZEL RENEE, O/N 927656, her )<br>engines, tackle, appurtenances, etc., )<br>in rem; and CARL N. GAMECHUK, )<br>in personam, )<br>)<br>Defendant. )<br>_____) | Case No. A97-190 CV (JWS) |

### NOTICE TO COURT REGARDING CLAIM FOR EXEMPTION

COMES NOW, Wards Cove Packing Company, by and through its attorney of record, Krista Stearns of Boyd, Chandler & Falconer, LLP, and pursuant to this Court's Order From Chambers (Docket No. 59), submits an Affidavit of Counsel providing to this Court documentation of the total amounts due on the judgment in the above-captioned action.

Dated this 5th day of January, 2006.

BOYD, CHANDLER &
FALCONER, LLP

By: _____
Krista S. Stearns
Ak. Bar No. 9406048

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of January, 2006, a true and correct copy of the foregoing was mailed to:

Mr. Carl Gamechuk
General Delivery
Atmautluak, Alaska 99559

By: _Linda Rasmussen_

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
825 WEST EIGHTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
TELECOPIER: (907) 274-3698

NOTICE TO COURT REGARDING CLAIM FOR EXEMPTION
Page 2 of 2                                   lr.ks.wcp.gamechuk.notice.to.court123005f