Krista S. Stearns (Ak. Bar No. 9406048)
BOYD, CHANDLER & FALCONER, LLP
825 West Eighth Avenue, Suite 200
Anchorage, Alaska 99501
(907) 272-8401

Attorneys for Wards Cove Packing Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WARDS COVE PACKING COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>F/V HAZEL RENEE, O/N 927656, her )<br>engines, tackle, appurtenances, etc., )<br><u>in rem</u>; and CARL N. GAMECHUK, )<br><u>in personam</u>, )<br>)<br>Defendant. )<br>_____) | Case No. A97-190 CV (JWS) |

### AFFIDAVIT OF COUNSEL

STATE OF ALASKA        )
                                       ) ss.
THIRD JUDICIAL DISTRICT   )

Krista S. Stearns, being first duly sworn upon oath, deposes and states as follows:

1. I am the attorney of record for Plaintiff, Wards Cove Packing Company, in the above-captioned matter. This affidavit is based on my personal knowledge and upon a review of records in our file regarding the above-captioned litigation.

AFFIDAVIT OF COUNSEL
Page 1 of 3

lr.ks.wcp.gamechuk.affidavit.of.counsel123005f

2. On March 5, 1998, Wards Cove Packing Company received a judgment against Defendant Carl N. Gamechuk in the amount of $71,616.57. The interest rate which applied to that judgment is 5.407%.

3. Attached to this affidavit is a detailed calculation of the interest and costs accruing on the judgment since its date of entry. The information is summarized as follows:

| | |
|---|---|
| Amount of interest accruing through January 20, 2006: | $30,433.91 |
| Total costs accrued to collect on the judgment since its entry on March 5, 1998: | $ 405.61 |
| Total monies received to date (including seizure of the $2,595.15 on October 27, 2005): | $ 5,299.40 |
| Amount remaining due on the judgment: | $97,156.69 |
| Interest due for each day after January 20, 2006 (assuming no further payments are made and $2,595.15 retained): | $ 10.61 |

4. The calculations presented above were made under my direction by my legal assistant Linda Rasmussen. Simple interest was used to calculate the interest due. Costs are charged at actual cost to Plaintiff for collection without markup and without any addition of attorney fees.

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
825 WEST EIGHTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
TELECOPIER: (907) 274-3698

AFFIDAVIT OF COUNSEL
Page 2 of 3

lr.ks.wcp.gamechuk.affidavit.of.counsel123005f

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
KRISTA S. STEARNS

SUBSCRIBED AND SWORN TO before me this 5th day of January, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 11-10-06

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of January, 2006, a true and correct copy of the foregoing was mailed to:

Mr. Carl Gamechuk
General Delivery
Atmautluak, Alaska 99559

By_____

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
825 WEST EIGHTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
TELECOPIER: (907) 274-3698

AFFIDAVIT OF COUNSEL
Page 3 of 3

lr.ks.wcp.gamechuk.affidavit.of.counsel123005f