10/23/01 through 12/13/02 (date $117.06 was received)
$71,616.57 x 5.407% ÷ 365 x 416 days = $4,413.38 (accrued interest)

| | |
|---|---|
| Payment | $ 117.06 |
| Minus costs | -$ 25.00 |
| | $ 92.06 to apply to interest and principal |
| Minus interest | -$17,467.81 ($13,054.43 plus $4,413.38) |
| | $17,375.75 still left owing on interest |

12/14/02 through 10/30/03 (date $634.12 was received)
$71,616.57 x 5.407% ÷ 365 x 320 days = $3,394.91 (accrued interest)

| | |
|---|---|
| Payment | $634.12 |
| Minus costs | -$ 25.00 |
| | $609.12 to apply to interest and principal |
| Minus interest | -$20,770.66 ($17,375.75 plus $3,394.91) |
| | $20,161.54 still left owing on interest |

10/31/03 through 11/16/04 (date $135.88 was received)
$71,616.57 x 5.407% ÷ 365 x 381 days = $4,042.06 (accrued interest)

| | |
|---|---|
| Payment | $135.88 |
| Minus costs | -$ 25.00 |
| | $110.88 to apply to interest and principal |
| Minus interest | -$24,203.60 ($20,161.54 plus $4,042.06) |
| | $24,092.72 still left owing on interest |

11/17/04 through 10/21/05 (date $676.61 was received)
$71,616.57 x 5.407% ÷ 365 x 338 days = $3,585.87 (accrued interest)

| | |
|---|---|
| Payment | $676.61 |
| Minus costs | -$ 30.00 |
| | $646.61 to apply to interest and principal |
| Minus interest | -$27,678.59 ($24,092.72 plus $3,585.87) |
| | $27,031.98 still left owing on interest |

INTEREST CALCULATIONS
*WCP v. Carl N. Gamechuk*
A97-190 CI                                              lr.ks.wcp.gamechuk.interest.calculations122805

## INTEREST CALCULATIONS
## WARDS COVE PACKING V. CARL N. GAMECHUK
## A97-190 CIVIL

| | |
|---|---|
| DATE OF JUDGMENT | 3/5/98 |
| AMOUNT OF JUDGMENT | $71,616.57 |

**5.407 %**

3/5/98 through 10/28/98 (date $194.98 was received)
$71,616.57 x 5.407% ÷ 365 x 237 days = $2,514.34 (accrued interest)

| | |
|---|---|
| Payment | $194.98 |
| Minus costs | -$ 74.00 |
| | $120.98 to apply to interest and principal |
| Minus interest | -$2,514.34 |
| | $2,393.36 still left owing on interest |

---

10/29/98 through 12/22/99 (date $406.11 was received)
$71,616.57 x 5.407% ÷ 365 x 420 days = $4,455.81 (accrued interest)

| | |
|---|---|
| Payment | $406.11 |
| Minus costs | -$ 20.00 |
| | $386.11 to apply to interest and principal |
| Minus interest | -$6,849.17 ($2,393.36 plus $4,455.81) |
| | $6,463.06 still left owing on interest |

---

12/23/99 through 10/22/01 (date $539.49 was received)
$71,616.57 x 5.407% ÷ 365 x 668 days = $7,086.86 (accrued interest)

| | |
|---|---|
| Payment | $ 539.49 |
| Minus costs | -$ 44.00 |
| | $495.49 to apply to interest and principal |
| Minus interest | -$13,549.92 ($6,463.06 plus $7,086.86) |
| | $13,054.43 still left owing on interest |

---

INTEREST CALCULATIONS
*WCP v. Carl N. Gamechuk*
A97-190 CI

lr.ks.wcp.gamechuk.interest.calculations122805

10/22/05 through 10/27/05 (date $2,595.15 was received)
$71,616.57 x 5.407% ÷ 365 x 5 days = $49.52

| | |
|---|---|
| Payment | $2,595.15 |
| Minus costs | -$ 162.61 |
| | $2,432.54 to apply to interest and principal |
| Minus interest | -$27,081.50 ($27,031.98 plus $49.52) |
| | $24,648.96 still left owing on interest |

---

**10/28/05 through 01/20/06 (Interest accrues at $10.61 per day)**

$71,616.57 x 5.407% ÷ 365 x 84 days = $891.16

| | |
|---|---|
| **Principal amount due date of judgment** | $ 71,616.57 |
| **Total interest accrued (date of judgment through 1/20/06)** | +$ 30,433.91 |
| **Total costs accrued** | +$    405.61 |
| | $102,456.09 |
| **Total monies received to date** | -$  5,299.40 |
| **Total due as of 01/20/06** | $ 97,156.69 |

INTEREST CALCULATIONS
*WCP v. Carl N. Gamechuk*
A97-190 CI

lr.ks.wcp.gamechuk.interest.calculations122805