Krista S. Stearns
Ak. Bar No. 9406048
BOYD, CHANDLER & FALCONER, LLP
825 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501

Attorneys for Wards Cove Packing Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WARDS COVE PACKING COMPANY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CASE NO. A97-190 CIVIL |
| ) | |
| CARL N. GAMECHUK, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR RELEASE OF FUNDS HELD IN COURT REGISTRY

Wards Cove Packing Company, by and through its attorneys Boyd, Chandler & Falconer, LLP, moves for release of the funds held in the registry of the court in the above-captioned case to Wards Cove Packing Company. These funds currently total $4,041.76. These funds consist of $2,595.15 seized from Mr. Gamechuk's Alaska USA account in October, 2005, which was the subject of a February 8, 2006, exemption hearing, as well as funds seized from Mr. Gamechuk's Alaska Permanent Fund Dividends for 2003, 2004 and 2005. The seizure of funds are detailed below.

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
825 WEST EIGHTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
TELECOPIER: (907) 274-3698

Pursuant to the Return of Service dated October 30, 2003, the sum of $634.12 was received from the State of Alaska through execution on Carl N. Gamechuk's 2003 Permanent Fund Dividend.

Pursuant to the Return of Service dated October15, 2004, the sum of $135.88 was received from the State of Alaska through execution on Carl N. Gamechuk's 2004 Permanent Fund Dividend.

Pursuant to the Return of Service dated October 21, 2005, the sum of $676.61 was received from the State of Alaska through execution on Carl N. Gamechuk's 2005 Permanent Fund Dividend.

Pursuant to the Return of Service dated October 27, 2005, the sum of $2,595.15 was received from Alaska USA Federal Credit Union through execution on Carl N. Gamechuk's bank account.

Copies of these Returns of Service are attached hereto for the Court's convenience. These funds were received in partial satisfaction of the judgment entered against Carl N. Gamechuk by this court.

Pursuant to Judge Sedwick's Minute Entry for proceedings held on February 8, 2006, this Court granted, in part, Mr. Gamechuk's claim of exemption at DKT [56]. This claim pertained only to the $2,595.15 seized in October, 2005. The Court ordered that $1,680.00 be returned to Carl N. Gamechuk's account at Alaska USA Federal Credit Union. The account number is 0000376814.

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
825 WEST EIGHTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
TELECOPIER: (907) 274-3698

The funds remaining are $2,361.76. These funds consist of the monies seized from the above-listed Permanent Fund Dividend executions previously not distributed to Wards Cove, and the balance of the $2,595.15 seized after subtracting the $1,680.00. Check should be made payable to:

Boyd, Chandler & Falconer, LLP in trust for
Wards Cove Packing Company
825 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501

Dated this 9th day of February, 2006.

BOYD, CHANDLER &
FALCONER, LLP

By: _____
Krista S. Stearns
Ak. Bar No. 9406048

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of February, 2006, a true and correct copy of the foregoing was mailed to:

Mr. Carl Gamechuk
General Delivery
Atmautluak, Alaska 99559

By: _____

MOTION FOR RELEASE OF FUNDS HELD IN COURT REGISTRY
Page 3                                                      lr.ks.wcp.pfd.mot.gamechukrel.funds020806f