WARDS COVE PACKING COMPANY

        Plaintiff,

vs.

CARL N. GAMECHUK
        Defendant.

**PARTIAL RETURN OF SERVICE**

Case Number: 3AN-97-190 CI

I certify that on 4/1/2003, I served the following documents:

NOTICE OF LEVY AND WRIT OF EXECUTION

on the therein named STATE OF ALASKA, DEPARTMENT OF REVENUE, PERMANENT FUND DIVISION, at 616 "E" Street, Anchorage, Alaska Alaska, by handing and leaving true and correct copies thereof with the Clerk of the Permanent Fund Division.

WRIT ISSUED AGAINST: *CARL N. GAMECHUK, SSN 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, DOB 5/10/57*

**AMOUNT RECEIVED:**    $634.12
**DATE OF CHECK:**    10/11/2003

/s/ 10-30-03
DOUGLAS CALLISON
Civilian Process Server

SUBSCRIBED AND SWORN to before me this 30th day October, 2003.

_____
Notary Public in and for the State of Alaska
My Commission Expires: 9/6/06

Client:    HICKS
Contact Person:    KRISTA STEARNS
File No.:

**TOTAL:**    $25.00 *(Already Billed)*

**north country process, inc.**
**P.O. Box 101126**
**Anchorage, Alaska 99510**
**Office: (907) 274-2023**
**Fax Line: (907) 274-2823**
**NCPI@alaska.net**

Return No. 4151

|  |  |
|---|---|
| WARDS COVE PACKING COMPANY | **PARTIAL RETURN OF SERVICE** |
| Plaintiff(s), | Case Number: 3AN-97-190 CI |
| vs. | |
| CARL N. GAMECHUK | |
| Defendant(s). | |

I certify that on 4/1/2004 I served the following documents:

NOTICE OF LEVY AND WRIT OF

on the therein named STATE OF ALASKA, DEPARTMENT OF REVENUE, PERMANENT FUND DIVISION, at 616 E Street Anchorage, Alaska by handing and leaving true and correct copies thereof with the Clerk of the Permanent Fund Division.

WRIT ISSUED AGAINST:   *CARL N. GAMECHUK, SSN 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, DOB 5/10/57*

**Amount Received:**   $135.88
**Date of Check:**   10/15/2004


/s/ 11-16-2004
DOUGLAS CALLISON
Civilian Process Server


SUBSCRIBED AND SWORN to before me this November 16, 2004

| | | |
|---|---|---|
| Client: | HICKS, BOYD, CHANDLER & FALCONER | Notary Public in and for the State of Alaska |
| Client | KRISTA STEARNS | My Commission Expires: 4/19/2008 |
| File Number: | | |
| | | Total:   $25.00 *(Already Billed)* |

**North Country Process, Inc.**
**P.O. Box 101126**
**Anchorage, Alaska 99510**
**Office: (907) 274-2023**
**Fax Line: (907) 274-2823**

**Return No.:   4151**

NCPI@alaska.net

|  |  |
|---|---|
| WARDS COVE PACKING COMPANY | **PARTIAL RETURN OF SERVICE** |
| Plaintiff(s), | Case Number: 3AN-97-190 CI |
| vs. |  |
| CARL N. GAMECHUK |  |
| Defendant(s). |  |

I certify that on 4/1/2005, I served the following documents:

NOTICE OF LEVY AND WRIT OF EXECUTION

on the therein named STATE OF ALASKA, DEPARTMENT OF REVENUE, PERMANENT FUND DIVISION, at 1005 Cushman St., Fairbanks, Alaska by handing and leaving true and correct copies thereof with the Clerk of the Permanent Fund Division.

WRIT ISSUED AGAINST:   *CARL N. GAMECHUK, SSN 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, DOB 5/10/57*

**Amount Received:**   $676.61
**Date of Check:**   10/21/2005


/s/ 11-3-2005
DOUGLAS CALLISON
Civilian Process Server

SUBSCRIBED AND SWORN to before me this November 03, 2005

Client:   BOYD, CHANDLER & FALCONER
Client   KRISTA STEARNS
File Number:

Notary Public in and for the State of Alaska
My Commission Expires: 6/17/2008

**Total:**   $30.00   *(Already Billed)*

**North Country Process, Inc.**
**P.O. Box 101126**
**Anchorage, Alaska 99510**
**Office: (907) 274-2023**
**Fax Line: (907) 274-2823**

**Return No.:   4151**

NCPI@alaska.net

| | |
|---|---|
| WARDS COVE PACKING COMPANY<br><br>    Plaintiff(s),<br>vs.<br>F/V HAZEL RENEE, ET AL.<br>    Defendant(s). | **PARTIAL<br>RETURN OF SERVICE**<br><br>Case Number:  A97-190 CIV |

I certify that on 10/12/2005, I served the following documents:

WRIT OF EXECUTION AND NOTICE OF LEVY AGAINST CARL N. GAMECHUCK

on the following banks and credit unions:

| | Amount | Check Date | Date CK Recv'd |
|---|---|---|---|
| Northern Skies Federal Credit Union | $0.00 | | |
| True North Federal Credit Union | $0.00 | | |
| Matanuska Valley Federal Credit Union | $0.00 | | |
| Northrim Bank | $0.00 | | |
| Wells Fargo Bank | $0.00 | | |
| Alaska USA Federal Credit Union | $2,595.15 | 10/24/2005 | 10/27/2005 |
| First National Bank Alaska | $0.00 | | |
| Credit Union One | $0.00 | | |
| Alaska First Community Bank & Trust | $0.00 | | |
| Key Bank | $0.00 | | |
| Denali Alaska Federal Credit Union | $0.00 | | |

**Amount Received On Execution: $2,595.15**

/s/ 10·27·05
DOUGLAS CALLISON
Civilian Process Server

SUBSCRIBED AND SWORN to before me this October 27, 2005

Client:           BOYD, CHANDLER & FALCONER
Client Contact:   KRISTA STEARNS
File Number:

Notary Public in and for the State of Alaska
My Commission Expires: 3/5/2009

Service Fee:           $150.00

**North Country Process, Inc.**
**P.O. Box 101126**
**Anchorage, Alaska 99510**
**Office: (907) 274-2023**
**Fax Line: (907) 274-2823**

NCPI@alaska.net

TOTAL:                 $150.00

Return No.:  48796



Account:
Teller Check Disbursed

CLERK OF COURT
FBO: CARL N GAMECHUK

Purpose of check: CASE NO. 3AN-97-190-CI

Date: 10/24/05    Branch: 5402    Tlr: 1718

$2,595.15

00 0000376814