Krista S. Stearns (Ak. Bar No. 9406048)
BOYD, CHANDLER & FALCONER, LLP
825 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501

Attorneys for Wards Cove Packing Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WARDS COVE PACKING COMPANY, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CASE NO. A97-190 CIVIL |
| | ) |
| CARL N. GAMECHUK, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ERRATA

COMES NOW, Wards Cove Packing Company, by and through its attorneys of record, Boyd, Chandler & Falconer, LLP, and filed this Errata. A (proposed) order was inadvertently omitted when filing our Motion for Release of Funds Held in Court Registry on February 9, 2006, Document Number 63.

s/ Krista S. Stearns, Esq.
Boyd, Chandler & Falconer, LLP
825 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 272-8401
Facsimile: (907) 274-3698
E-Mail: bcf@bcf.us.com; kstearns@bcf.us.com
State Bar No. 9406048
Attorneys for Plaintiff

ERRATA
Page 1 of 1