Krista S. Stearns
Ak. Bar No. 9406048
BOYD, CHANDLER & FALCONER, LLP
825 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501

Attorneys for Wards Cove Packing Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WARDS COVE PACKING COMPANY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CARL N. GAMECHUK, ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. A97-190 CIVIL |

### (PROPOSED) ORDER DIRECTING RELEASE OF FUNDS HELD IN COURT REGISTRY

This matter having come before the court on Wards Cove Packing Company's Motion for Release of Funds Held in Court Registry;

NOW, THEREFORE, it is hereby ordered:

1. Plaintiff's motion is GRANTED.

2. The Clerk of Court shall return the amount of $1,680.00 into the account of Carl N. Gamechuk at Alaska USA Federal Credit Union, Account Number: 0000376814.

PROPOSED ORDER DIRECTING RELEASE OF FUNDS HELD IN COURT REGISTRY
Page 1                                                      lr.ks.wcp.pfd.gamechuk.ord.rel.funds020806f

3. The Clerk of Court shall issue a check in the amount of $2,361.76 payable to:

    Boyd, Chandler & Falconer, LLP in trust for
    Wards Cove Packing Company
    825 W. 8th Avenue, Suite 200
    Anchorage, Alaska 99501

Dated this ___ day of _____, 2006.

_____
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of February, 2006, a true and correct copy of the foregoing was mailed to:

Mr. Carl Gamechuk
General Delivery
Atmautluak, Alaska 99559

By /s/ _____

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
825 WEST EIGHTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
TELECOPIER: (907) 274-3698

PROPOSED ORDER DIRECTING RELEASE OF FUNDS HELD IN COURT REGISTRY
Page 2                                            lr.ks.wcp.pfd.gamechuk.ord.rel.funds020806f