Krista S. Stearns
Ak. Bar No. 9406048
BOYD, CHANDLER & FALCONER, LLP
825 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501

Attorneys for Wards Cove Packing Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WARDS COVE PACKING COMPANY, ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | CASE NO. A97-190 CIVIL |
| CARL N. GAMECHUK, ) ) | |
| Defendant. ) ) | |

### AMENDED (PROPOSED) ORDER DIRECTING RELEASE OF FUNDS HELD IN COURT REGISTRY

This matter having come before the court on Wards Cove Packing Company's Motion for Release of Funds Held in Court Registry;

NOW, THEREFORE, it is hereby ordered:

1. Plaintiff's motion is GRANTED.

2. The Clerk of Court shall return the amount of $1,680.00 to:
   Carl N. Gamechuk at General Delivery, Atmautluak, Alaska 99559.

3. The Clerk of Court shall issue a check in the amount of $2,361.76 payable to:

>Boyd, Chandler & Falconer, LLP in trust for
>Wards Cove Packing Company
>825 W. 8th Avenue, Suite 200
>Anchorage, Alaska 99501

Dated this ___ day of _____, 2006.

_____
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this ___ day of February, 2006, a true and correct copy of the foregoing was mailed to:

Mr. Carl Gamechuk
General Delivery
Atmautluak, Alaska 99559

By: _____

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
825 WEST EIGHTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
TELECOPIER: (907) 274-3698