Krista S. Stearns
Ak. Bar No. 9406048
BOYD, CHANDLER & FALCONER, LLP
825 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501

Attorneys for Wards Cove Packing Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WARDS COVE PACKING COMPANY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CASE NO. A97-190 CIVIL |
| ) | |
| CARL N. GAMECHUK, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER DIRECTING RELEASE OF FUNDS
HELD IN COURT REGISTRY**

This matter having come before the court on Wards Cove Packing Company's

Motion for Release of Funds Held in Court Registry;

NOW, THEREFORE, it is hereby ordered:

1. Plaintiff's motion is GRANTED.

2. The Clerk of Court shall return the amount of $1,680.00 to:
   Carl N. Gamechuk at General Delivery, Atmautluak, Alaska 99559.

    3.    The Clerk of Court shall issue a check in the amount of $2,361.76 payable to:

>Boyd, Chandler & Falconer, LLP in trust for
>Wards Cove Packing Company
>825 W. 8th Avenue, Suite 200
>Anchorage, Alaska 99501

Dated this 15th day of February, 2006.

    /s/John W. Sedwick
    United States District Court Judge