Krista S. Stearns (Ak. Bar No. 9406048)
BOYD, CHANDLER & FALCONER, LLP
825 West Eighth Avenue, Suite 200
Anchorage, Alaska 99501
(907) 272-8401

Attorneys for Wards Cove Packing Company

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WARDS COVE PACKING COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> F/V HAZEL RENEE, O/N 927656, her ) <br> engines, tackle, appurtenances, etc., ) <br> <u>in rem</u>; and CARL N. GAMECHUK, ) <br> <u>in personam</u>, ) <br> ) <br> Defendant. ) <br> _____) | Case No. A97-190 CV (JWS) |

### AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

I, Krista S. Stearns hereby state an oath:

1. Judgment for $71,616.57 was entered on March 5, 1998, in the docket of the above-entitled court and action, in favor of as judgment creditor Wards Cove Packing Company and against as judgment debtor Carl N. Gamechuk.

2. I am the attorney for said judgment creditor Wards Cove Packing Company, and request issuance of a Writ of Execution on the judgment.

AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION
Page 1 of 2                                                          lr.ks.wcp.gamechuk.aff.req.for issuance031606f

3. The judgment debtor was not represented by Counsel.

4. The judgment entered was a default judgment.

5. ACCRUED since the entry of judgment are the following sums: $31,095.21 accrued interest, computed at 5.407% (judgments registered under 28 U.S.C. § 1963 bear the rate of interest of the district of origin); $405.61 accrued costs.

6. CREDIT must be given for payments and partial satisfaction in the total amount of $3,619.40 which is to be first credited against the total accrued interest and accrued costs, with any excess credited against the judgment as entered, leaving a net balance of $99,497.99 ACTUALLY DUE on this date. Of this total, $71,616.57 is the amount of the original judgment as entered still remaining due and bearing interest at 5.407% in the amount of $10.61 per day from this date.

s/ Krista S. Stearns, Esq.
Boyd, Chandler & Falconer, LLP
825 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 272-8401
Facsimile: (907) 274-3698
E-Mail: bcf@bcf.us.com: kstearns@bcf.us.com
State Bar No. 9406048
Attorneys for Plaintiff

SUBSCRIBED AND SWORN TO before me this 24 day of March, 2006.

Notary Public in and for Alaska
My Commission Expires: 11-10-06

AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION
Page 2 of 2                                lr.ks.wcp.gamechuk.aff.req.for issuance031606f