Krista S. Stearns (Ak. Bar No. 9406048)
BOYD, CHANDLER & FALCONER, LLP
825 West Eighth Avenue, Suite 200
Anchorage, Alaska 99501
(907) 272-8401

Attorneys for Wards Cove Packing Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WARDS COVE PACKING COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>F/V HAZEL RENEE, O/N 927656, her )<br>engines, tackle, appurtenances, etc., )<br>in rem; and CARL N. GAMECHUK, )<br>in personam, )<br>)<br>Defendant. )<br>_____ ) | Case No. A97-190 CV (JWS) |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On March 5, 1998, a judgment was entered in the docket of the above-entitled court and action, in favor of Wards Cove Packing Company as judgment creditor, and against Carl N. Gamechuk as judgment debtor, for:

$59,540.32  principal,

$ 7,842.00  attorneys fees,

$_____   interest, and

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
825 WEST EIGHTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
TELECOPIER: (907) 274-3698

$ 4,264.25 costs, for a total amount of

$71,616.57 JUDGMENT AS ENTERED.

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

$31,095.21 accrued interest, and

$    405.61 accrued costs, for a total of

$31,500.82 ACCRUED INTEREST AND COSTS

CREDIT must be given for payments and partial satisfactions in the amount of $3,619.40 which is to be first credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of $99,497.99 ACTUALLY DUE ON March 24, 2006, the date of the request for issuance of this writ, of which $71,616.57 is due on the judgment as entered, and bears interest at $10.61 PER DAY, from the date of the request for issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the personal property of the said debtor in your district, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs, and make sale thereof according to law; and if sufficient personal property cannot be found, then you

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
825 WEST EIGHTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
TELECOPIER: (907) 274-3698

are further commanded to make the amount of said judgment, interest, and increased costs out of his real property.

    HEREIN FAIL NOT, and have you then and there this writ.

DATED _____   IDA ROMACK,
                                                      CLERK OF COURT

[SEAL]                    By: _____
                                            Deputy Clerk

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
825 WEST EIGHTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
TELECOPIER: (907) 274-3698