UNITED STATES DISTRICT COURT
IN THE ~~DISTRICT/SUPERIOR~~ COURT FOR THE STATE OF ALASKA
~~AT~~ _DISTRICT OF ALASKA_

| | |
|---|---|
| WARDS COVE PACKING COMPANY,<br><br>                  Plaintiff(s),<br>vs.<br>F/V HAZEL RENEE, O/N 927656, her engines, tackle, appurtenances, etc., <u>in rem</u>; and CARL N. GAMECHUK, <u>in personam</u>,    Defendant(s). | CASE NO. A97-190 CV (JWS)<br><br>CREDITOR'S AFFIDAVIT |

I, __WARDS COVE PACKING COMPANY__ upon oath or affirmation and under
      (judgment creditor)
penalty of perjury, state as follows:
I have obtained a judgment against __CARL N. GAMECHUK__
in the total amount of $__71,616.57__.     (judgment debtor)

I [X] will attempt [ ] have attempted to satisfy the judgment by levying against the following property, which I believe is not exempt and is <u>not</u> property of a type subject to value limitations under AS 09.38.020:
<u>Description of Property</u>

2006 Permanent Fund Dividend of the defendant, Carl N. Gamechuk

<u>I believe the above listed property is not exempt for the following factual reasons</u>:

Not exempt per Alaska Statutes

__3-17-06__
Date

__[signature]__
Creditor's Signature

__Krista S. Stearns, Attorney for Plaintiff__
Creditor's Name (please print)

__825 W. 8th Avenue,  Suite 200, Anchorage, AK 99501__
Mailing Address    City    State    ZIP

Subscribed and sworn to or affirmed before me at __Anchorage__, Alaska
on __3/17/06__.
   (date)

(SEAL)
                           __[signature] Linda Rasmussen__
                           Clerk of Court, Notary Public, or other
                           person authorized to administer oaths
                           My commission expires __11-10-06__

CIV-505 (3/87)(st.3)                                       AS 09.38.080(b)
CREDITOR'S AFFIDAVIT