Krista S. Stearns (Ak. Bar No. 9406048)
BOYD, CHANDLER & FALCONER, LLP
825 West Eighth Avenue, Suite 200
Anchorage, Alaska 99501
(907) 272-8401

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WARDS COVE PACKING COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>F/V HAZEL RENEE, et al, )<br>)<br>Defendant. )<br>_____) | Case No. A97-190 CV (JWS) |

### CERTIFICATE OF SERVICE

STATE OF ALASKA              )
                             ) ss.
THIRD JUDICIAL DISTRICT      )

Linda Rasmussen, being first duly sworn upon oath, deposes and states as follows:

1.  I am employed as a secretary with the law firm of Boyd, Chandler & Falconer, LLP, attorneys for Defendant.

2.  On March 24, 2006, I mailed and faxed a true and correct copy of the Affidavit and Request for Issuance of Writ of Execution, Creditor's Affidavit and Writ of Execution to the following:

> Mr. Carl Gamechuk
> General Delivery
> Atmautluak, Alaska 99559

CERTIFICATE OF SERVICE
Page 1 of 2                                                     lr.ks.wcp.gamechuk.cert.service032406f

Dated this 24 day of March, 2006.

_____
Linda Rasmussen

SUBSCRIBED AND SWORN to before me this 24th day of March, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 02/01/07

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
825 WEST EIGHTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
TELECOPIER: (907) 274-3698

CERTIFICATE OF SERVICE
Page 2 of 2

lr.ks.wcp.gamechuk.cert.service032406f