# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Wards Cove Packing Company | A97-190 CV (JWS) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| F/V HAZEL RENEE, O/N 927656, her engines, tackle, appurtenances, etc., in rem, and CARL N. GAMECHUK, in personam, | Writ of Execution |

**SERVE ▶**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
State of Alaska, Department of Revenue, Permanent Fund Division

**AT**

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
616 E Street, Anchorage, Alaska 99501

RECEIVED
DEC 0 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Krista S. Stearns, Esq.
Boyd, Chandler & Falconer, LLP
825 W. 8th Avenue, Suite 200
Anchorage, Alaska 99501

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

(2006)
Please serve against the PFD of Carl N. Gamechuk, SSN , DOB:

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: 272-8401    DATE: 3/9/06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 6 | No. 0 | | 3- |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | |
|---|---|---|
| 4-24-06 | 1400 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 | .89 | | $45.89 | | | |

REMARKS: Received check for $385.57

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| WARDS COVE PACKING COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | **Case #A97-190CV** |
| F/V HAZEL RENEE, O/N 927656, ) | |
| Her engines, tackle, ) | |
| appurtenances, etc., it rem; ) | |
| and CARL N. GAMECHUK, in ) | |
| personam, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**U.S. MARSHALS RETURN ON WRIT OF EXECUTION**

I, Randy M. Johnson, United States Marshal for the District of Alaska, do hereby certify and return that a copy of this writ was served on the State of Alaska Permanent Fund Dividend office on **April 27, 2006,** by Deputy U.S. Marshal **Ron Dewitt** and that on **November 27, 2006** this office did receive a State of Alaska Treasury Warrant Check No. **57672576** made payable to the Clerk of Court in the amount of **$385.57**.

I hereby return said check to the U.S. District Court partially satisfying this Writ of Execution, dated this _____ day of November, 2006 at Anchorage, Alaska.

RANDY M. JOHNSON
United States Marshal
District of Alaska

By: _____
Deputy U.S. Marshal

# NOTICE OF LEVY ON ALASKA PERMANENT FUND DIVIDEND BY A COURT WRIT

**To:** State of Alaska
Department of Revenue
Permanent Fund Dividend Division

**From:** U. S. Marshal
222 W 7th Ave #28
Anchorage, AK 99513-7504
Phone (907) 271-5154

- For PFD Division Use Only -

PFD Server Code

**G0137**

Location _____

Priority _____

☐ Check here if you are adding or correcting information from a previously submitted notice of levy. Date of previous notice _____.
*Highlight information being corrected or added.*

**Case Number**   A - 97 - 190   CIVIL
  Location Code   Year   Case Number   Case Type

*Example:* 1JU-02-01234 CI

Case type must be one of the following:
CI (Civil)
CN (Child in Need of Aid)
CP (Children Proceeding)
CR (Criminal)
DL (Delinquency)
DR (Domestic Relations)
DV (Domestic Violence)
PR (Probate)
SC (Small Claims)

YOU ARE HEREBY NOTIFIED that all funds in your possession or under your control belonging to the person identified below, not exceeding the Total Due listed below, is hereby levied upon by the attached writ.

| | |
|---|---|
| **Judgment Debtor Name** | Carl N. Gamechuk |
| *AKA or Alias* | |
| **Social Security Number** | |
| **Date of Birth** | |
| **Amount of Writ** | $ 99,434.33 |
| **Service Fee** | $ 45.89 |
| **Interest to October 15** | $ 2,100.60 |
| **Total Due** | $ 101,580.82 |

**Service Agent**
Signature: [signed]   Date: 4-27-06
Printed Name:   Title: DUSM

Funds seized under this Notice of Levy will be forwarded to the Clerk of Court that issued the writ.

NOL New (1/03)                                www.pfd.state.ak.us

Not Negotiable - See important tax information on the back of this form.   57672600

**1099-MISC**

Payer's Name:  State of Alaska
Federal Identification Number:

Case Id: A97190CI
Applicant's Name:
  GAMECHUCK, CARL N

| Warrant Issue Date: 11/14/2006 | Warrant Amount . . . . . . . . . . . . . . . . . . . . . . . $385.57 |

CLERK OF COURT
222 W 7TH AVE #28
ANCHORAGE AK  99513

PFD ALN: _____

| Funding for PFD dividends comes from: | | The Total Gross Dividend has been reduced for: | |
|---|---|---|---|
| • Permanent Fund earnings: | | • Medical and Public Assistance hold | |
|    Constitutional dedication of funds | $400.13 |    harmless provisions of AS 43.23.075 | -$21.39 |
|    Legislative action: | | • Legislative appropriation of convicted | |
|    Statutory inflation proofing | 434.42 |    and incarcerated felon and misdemeanant | |
|    Special legislative appropriations | 308.67 |    dividends | -13.95 |
| • Reimbursements to the Dividend Fund | 0.09 | • Dividend program administrative costs | -11.13 |
| • Unexpended prior year Dividend Funds | 12.93 | • Prior year dividend obligations | -2.81 |
| **Total Gross Dividend** | **$1156.24** | **Net Dividend** | **$1106.96** |

An individual is not eligible for a dividend when, during all or part of the calendar year immediately preceding that dividend year, the individual was:

- sentenced as a result of a felony conviction,
- incarcerated as a result of a felony conviction, or
- incarcerated as a result of a misdemeanor if the individual was convicted of a prior felony, or two or more prior misdemeanors.

Total funds that would have been paid as 2005 dividends to individuals not eligible under this provision were $8,406,009.

The legislative purpose for making these individuals not eligible to receive a dividend is to:

- obtain reimbursement for some of the costs imposed on the state criminal system relating to incarceration or probation; and
- provide funds for services for and payments to crime victims, and for grants for the operation of domestic violence and sexual assault programs.

Total funds appropriated for FY 2007 under this purpose are:

| | |
|---|---|
| • Department of Corrections | $4,552,400 |
| • Council on Domestic Violence and Sexual Assault | 2,777,500 |
| • Violent Crimes Compensation Board | 782,400 |
| • Office of Victims' Rights | 293,700 |
| **Total appropriations** | **$8,406,000** |

Dividend Information Offices - Anchorage (907) 269-0370 / Fairbanks (907) 451-2820 / Juneau (907) 465-2326 / Inside Alaska 1-800-733-8813

```
         UNITED STATES
         DISTRICT COURT
           District of Alaska
          Anchorage Division

       #  00129442  -  PS
       December 1, 2006


     Code    Case #    Qty      Amount

   604700-R 97-190              385.57 CK


     TOTAL→                     385.57


     FROM: STATE OF ALASKA RE PFD
       FOR: CARL N GAMECHUCK
       3:97-CV-00190 JWS
```