Krista S. Stearns
AK Bar No. 9406048
BOYD, CHANDLER & FALCONER, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501

Attorneys for Wards Cove Packing Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WARDS COVE PACKING COMPANY, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CARL N. GAMECHUK, )<br>)<br>Defendant. )<br>_____) | CASE NO. A97-190 CIVIL |

## MOTION FOR RELEASE OF FUNDS HELD IN COURT REGISTRY

Wards Cove Packing Company, by and through its attorneys Boyd, Chandler & Falconer, LLP, moves for release of the funds held in the registry of the court in the above-captioned case to Wards Cove Packing Company. These funds currently total $385.57, representing funds seized from Mr. Gamechuk's Alaska Permanent Fund Dividends for 2006.

Pursuant to the U.S. Marshals' Return on Writ of Execution dated November 27, 2006, the sum of $385.57 was received from the State of Alaska through execution on Carl N. Gamechuk's 2006 Permanent Fund Dividend.

MOTION FOR RELEASE OF FUNDS HELD IN COURT REGISTRY
Page 1                                                            lr.ks.wcp.pfd.mot.gamechukrel.funds040307f

Copies of the Process Receipt and Return is attached hereto for the Court's convenience. These funds were received in partial satisfaction of the judgment entered against Carl N. Gamechuk by this court.

Check should be made payable to:

Boyd, Chandler & Falconer, LLP in trust for
Wards Cove Packing Company
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501

Dated this 3rd day of April, 2007.

          s/ Krista S. Stearns, Esq.
          Krista S. Stearns, Esq.
          Boyd, Chandler & Falconer, LLP
          911 W. 8th Avenue, Suite 302
          Anchorage, Alaska 99501
          Telephone: (907) 272-8401
          Facsimile: (907) 274-3698
          E-Mail: bcf@bcf.us.com: kstearns@bcf.us.com
          State Bar No. 9406048
          Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of
April, 2007, a true and correct copy
of the foregoing was mailed to:

Mr. Carl Gamechuk
General Delivery
Atmautluak, Alaska 99559

By: /s/ Linda Rasmussen

MOTION FOR RELEASE OF FUNDS HELD IN COURT REGISTRY
Page 2                                                lr.ks.wcp.pfd.mot.gamechukrel.funds040307f