IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WARDS COVE PACKING COMPANY, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>F/V HAZEL RENEE, O/N 927656, )<br>Her engines, tackle, )<br>appurtenances, etc., it rem; )<br>and CARL N. GAMECHUK, in )<br>personam, )<br>)<br>Defendant. )<br>_____ ) | **Case #A97-190CV** |

**U.S. MARSHALS RETURN ON WRIT OF EXECUTION**

I, Randy M. Johnson, United States Marshal for the District of Alaska, do hereby certify and return that a copy of this writ was served on the State of Alaska Permanent Fund Dividend office on **April 27, 2006,** by Deputy U.S. Marshal **Ron Dewitt** and that on **November 27, 2006** this office did receive a State of Alaska Treasury Warrant Check No. **57672576** made payable to the Clerk of Court in the amount of **$385.57**.

I hereby return said check to the U.S. District Court partially satisfying this Writ of Execution, dated this _____ day of November, 2006 at Anchorage, Alaska.

RANDY M. JOHNSON
United States Marshal
District of Alaska

By: _____
Deputy U.S. Marshal