Krista S. Stearns
Ak. Bar No. 9406048
BOYD, CHANDLER & FALCONER, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501

Attorneys for Wards Cove Packing Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WARDS COVE PACKING COMPANY, ) ) Plaintiffs, ) ) vs. ) ) CARL N. GAMECHUK, ) ) Defendant. ) _____ ) | CASE NO. A97-190 CIVIL |

### (PROPOSED) ORDER DIRECTING RELEASE OF FUNDS HELD IN COURT REGISTRY

This matter having come before the court on Wards Cove Packing Company's Motion for Release of Funds Held in Court Registry;

NOW, THEREFORE, it is hereby ordered:

1. Plaintiff's motion is GRANTED.

2. The Clerk of Court shall issue a check in the amount of $386.57 payable to:

    Boyd, Chandler & Falconer, LLP in trust for
    Wards Cove Packing Company
    911 W. 8th Avenue, Suite 302
    Anchorage, Alaska 99501

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

Dated this ___ day of _____, 2007.

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2007, a true and correct copy of the foregoing was mailed to:

Mr. Carl Gamechuk
General Delivery
Atmautluak, Alaska 99559

By: *[signature]*

BOYD, CHANDLER & FALCONER, LLP
ATTORNEYS AT LAW
911 WEST EIGHTH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 272-8401
FACSIMILE: (907) 274-3698

PROPOSED ORDER DIRECTING RELEASE OF FUNDS HELD IN COURT REGISTRY
Page 2                                                    lr.ks.wcp.pfd.gamechuk.ord.rel.funds040307f