IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WARDS COVE PACKING COMPANY, )<br>)<br>             Plaintiffs, )<br>)<br>vs. )<br>)<br>CARL N. GAMECHUK, )<br>)<br>             Defendant. )<br>_____) | CASE NO. A97-190 CIVIL |

**ORDER DIRECTING RELEASE OF FUNDS
HELD IN COURT REGISTRY**

This matter having come before the court on Wards Cove Packing Company's Motion for Release of Funds Held in Court Registry;

NOW, THEREFORE, it is hereby ordered:

1. Plaintiff's motion is **GRANTED**.

2. The Clerk of Court shall issue a check in the amount of **$386.57** payable to:

   Boyd, Chandler & Falconer, LLP in trust for
   Wards Cove Packing Company
   911 W. 8th Avenue, Suite 302
   Anchorage, Alaska 99501

Dated this 5th day of April 2007.

/s/ JOHN W. SEDWICK
United States District Court Judge