Brent Edwards
AK Bar No. 9811063
BOYD, CHANDLER & FALCONER, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 272-8401 - phone
(907) 274-3698 - fax

Attorneys for Wards Cove Packing Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WARDS COVE PACKING COMPANY, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CARL N. GAMECHUK, )<br>)<br>Defendant. )<br>_____ ) | CASE NO. A97-190 CIVIL |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that pursuant to Civil Rule 81(e)(1)(B), Brent Edwards of Boyd, Chandler & Falconer, LLP, 911 W. 8th Avenue, Suite 302, Anchorage, Alaska 99501 is hereby substituted as counsel of record for Wards Cove Packing Company in this matter in place of Krista S. Stearns. All future pleadings, correspondence and other documents should be served upon Brent Edwards at the above address.

Dated this 27th day of November, 2007.

> s/ Brent Edwards, Esq.
> Brent Edwards, Esq.
> Boyd, Chandler & Falconer, LLP
> 911 W. 8th Avenue, Suite 302
> Anchorage, Alaska 99501
> Telephone: (907) 272-8401
> Facsimile: (907) 274-3698
> E-Mail: bcf@bcf.us.com:
> brentedwards@bcf.us.com
> State Bar No. 9811063
> Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of November, 2007, a true and correct copy of the foregoing was mailed to:

Mr. Carl Gamechuk
General Delivery
Atmautluak, Alaska 99559

s/Brent Edwards, Esq.