Brent Edwards
AK Bar No. 9811063
BOYD, CHANDLER & FALCONER, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 272-8401 - phone
(907) 274-3698 - fax

Attorneys for Wards Cove Packing Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WARDS COVE PACKING COMPANY, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CARL N. GAMECHUK, )<br>)<br>Defendant. )<br>_____ ) | CASE NO. A97-190 CIVIL |

## MOTION FOR RELEASE OF FUNDS HELD IN COURT REGISTRY

Wards Cove Packing Company, by and through its attorneys Boyd, Chandler & Falconer, LLP, moves for release of the funds held in the registry of the court in the above-captioned case to Wards Cove Packing Company. These funds currently total $1,323.20, representing funds seized from Mr. Gamechuk's Alaska Permanent Fund Dividends for 2007.

Pursuant to the U.S. Marshals' Return on Writ of Execution dated November 19, 2007, the sum of $1,323.20 was received from the State of Alaska through execution on Carl N. Gamechuk's 2007 Permanent Fund Dividend.

These funds were received in partial satisfaction of the judgment entered against Carl N. Gamechuk by this Court.

Check should be made payable to:

Boyd, Chandler & Falconer, LLP in trust for
Wards Cove Packing Company
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501

Dated this 27th day of November, 2007.

        s/ Brent Edwards, Esq.
        Brent Edwards, Esq.
        Boyd, Chandler & Falconer, LLP
        911 W. 8th Avenue, Suite 302
        Anchorage, Alaska 99501
        Telephone: (907) 272-8401
        Facsimile: (907) 274-3698
        E-Mail: bcf@bcf.us.com: brentedwards@bcf.us.com
        State Bar No. 9811063
        Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of November, 2007, a true and correct copy of the foregoing was mailed to:

Mr. Carl Gamechuk
General Delivery
Atmautluak, Alaska 99559

s/Brent Edwards, Esq.