Brent Edwards
AK Bar No. 9811063
BOYD, CHANDLER & FALCONER, LLP
911 W. 8th Avenue, Suite 302
Anchorage, Alaska 99501
(907) 272-8401 - phone
(907) 274-3698 - fax

Attorneys for Wards Cove Packing Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WARDS COVE PACKING COMPANY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CASE NO. A97-190 CIVIL |
| ) | |
| CARL N. GAMECHUK, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## (PROPOSED) ORDER DIRECTING RELEASE OF FUNDS HELD IN COURT REGISTRY

This matter having come before the court on Wards Cove Packing Company's

Motion for Release of Funds Held in Court Registry;

NOW, THEREFORE, it is hereby ordered:

1. Plaintiff's motion is GRANTED.

2. The Clerk of Court shall issue a check in the amount of $1,323.20 payable to:

    Boyd, Chandler & Falconer, LLP in trust for
    Wards Cove Packing Company
    911 W. 8th Avenue, Suite 302
    Anchorage, Alaska 99501

Dated this ___ day of _____, 2007.

_____
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of November, 2007, a true and correct copy of the foregoing was mailed to:

Mr. Carl Gamechuk
General Delivery
Atmautluak, Alaska 99559

s/Brent Edwards, Esq.