IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WARDS COVE PACKING COMPANY, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CARL N. GAMECHUK, )<br>)<br>Defendant. )<br>_____) | CASE NO. 3:97-cv-00190-JWS |

## ORDER DIRECTING RELEASE OF FUNDS
## HELD IN COURT REGISTRY

This matter having come before the court on Wards Cove Packing Company's Motion for Release of Funds Held in Court Registry;

NOW, THEREFORE, it is hereby ordered:

1. Plaintiff's motion is GRANTED.

2. The Clerk of Court shall issue a check in the amount of $1,323.20 payable to:

   Boyd, Chandler & Falconer, LLP in trust for
   Wards Cove Packing Company
   911 W. 8th Avenue, Suite 302
   Anchorage, Alaska 99501

Dated this  6   day of  December, 2007.


                          /s/ JOHN W. SEDWICK
                          United States District Court Judge