

**Orders on Motions**
3:97-cv-00190-JWS Wards Cove Packing Company v. F/V Hazel Renee et al **CASE CLOSED on 03/06/1998**

U.S. District Court

District of Alaska

**Notice of Electronic Filing**

The following transaction was entered on 12/6/2007 at 2:29 PM AST and filed on 12/6/2007
**Case Name:**        Wards Cove Packing Company v. F/V Hazel Renee et al
**Case Number:**      3:97-cv-190
**Filer:**
**WARNING: CASE CLOSED on 03/06/1998**
**Document Number:** 74

**Docket Text:**
ORDER granting [73] Motion for Release of Funds. Signed by Judge John W. Sedwick on 12/6/07. cc: Finance (RMC, COURT STAFF)

**3:97-cv-190 Notice has been electronically mailed to:**

Brent Edwards    brentedwards@bcf.us.com, bcf@bcf.us.com

**3:97-cv-190 Notice has been delivered by other means to:**

Carl N. Gamechuk
General Delivery
Atmautluak, AK 99559

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=12/6/2007] [FileNumber=261462-0]
[30318c98eaf295042a877f62cfb7b6e28977b342e9b7ee3ac188178d3a4438e59369
b89b43d4ecdb807936c5a5a397d4070851971 82991d22d17bca5043b2d46]]

*RECEIVED DEC 1 2 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, ALASKA*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WARDS COVE PACKING COMPANY, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CARL N. GAMECHUK, )<br>)<br>Defendant. )<br>_____ ) | ) CASE NO. 3:97-cv-00190-JWS |

**ORDER DIRECTING RELEASE OF FUNDS**
**HELD IN COURT REGISTRY**

This matter having come before the court on Wards Cove Packing Company's Motion for Release of Funds Held in Court Registry;

NOW, THEREFORE, it is hereby ordered:

1. Plaintiff's motion is GRANTED.

2. The Clerk of Court shall issue a check in the amount of $1,323.20 payable to:

   Boyd, Chandler & Falconer, LLP in trust for
   Wards Cove Packing Company
   911 W. 8th Avenue, Suite 302
   Anchorage, Alaska 99501

Dated this  6  day of December, 2007.


/s/ JOHN W. SEDWICK
United States District Court Judge